FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 30, 2021

SEAN F. McAVOY, CLERK

## UNITED STATES DISTRICT COURT
### Eastern District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>DENNIS RAY HOPKINS Jr.,<br><br>　　　　　　　　Defendant. | **CRIMINAL COMPLAINT**<br>2:21-mj-00388-JTR<br><br>**DISTRIBUTION OF A MIXTURE OR SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF METHAMPHETAMINE**<br>**21 U.S.C. § 841(a)(1)** |

### INTRODUCTION

I, Taylor Clarke, being first duly sworn on oath, deposes and states:

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

　　1.　　I am a Special Agent with the Federal Bureau of Investigation and have been since March 2016 at which time I attended the basic field training course for Special Agents in Quantico, Virginia.  Throughout the course of my career I have been assigned to investigate federal violations associated with export violations in the Los Angeles Division. I was then assigned to the San Antonio Division and conducted public corruption investigations.  More recently, I have

Affidavit of Taylor Clarke - 1

been assigned to the Seattle Division, Spokane Resident Agency Safe Streets Task Force (hereinafter "SSTF") and am responsible for investigating, among others, violations of the Controlled Substances Act, 21 U.S.C. § 801, *et seq*, relating to this investigation. As such, I am an investigator or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States empowered by law to conduct investigations and make arrests for offenses enumerated in 18 U.S.C. § 2516.

2.	I am assigned to the summarized herein, and the information contained in this affidavit is based on my own observation, training, and experience and, where noted, information provided to me by other law enforcement officers. I have not included all the facts known to me, but rather, only those facts necessary to establish probable cause.

3.	According to a report read by your affiant FBI Montana Regional Violent Crime Task Force personnel identified "Dennis" as Dennis Hopkins, hereinafter referred to as Hopkins, through various sources. The SSTF was very familiar with Hopkins as they had an open case on Hopkins for distributing meth and possessing firearms. Hopkins was further described by the SSTF as Dennis Ray Hopkins, a black male, date of birth April 25, ▇▇▇▇, who was from Stockton, California.

Affidavit of Taylor Clarke - 2

4. According to a report read by your affiant, on June 16, 2019, the Spokane Police Department responded to the Quality Inn, 4301 Sunset Avenue in Spokane, for a drug complaint. The manager of the hotel, Richard Bell, provided the following statement to the Spokane Police Department (PD) responding officers. Bell stated a male that used the name of Dennis Hopkins with California identification rented a room at the Quality Inn the day prior. On June 16, 2019, after checking out, the room was cleaned out and the remaining items were thrown away. Hopkins returned to the hotel and stated to Bell that he left a bag of clothes and money in the room. They went to the room Hopkins had rented but the room had already been cleaned. Hopkins left the property. Bell contacted the room cleaner and was advised the items had been thrown in the trash. Bell went to the trash and located the bag Hopkins had described. Bell opened the bag and noticed a large amount of suspected narcotics in the bag. Spokane PD Officer Jay Kernkamp took custody of the five separate packages of suspected drugs, which appeared to be a large quantity of methamphetamine. The suspected methamphetamine field tested positive for methamphetamine and the combined weight was approximately 600 grams. The methamphetamine was placed into Spokane PD evidence.

5. According to a report read by your affiant, on August 5, 2019, TFO Presta and TFO Kevin Langford with the FBI Spokane SSTF met with a

Affidavit of Taylor Clarke - 3

confidential source (CS)[1], who wished to remain anonymous for their own personal safety. CS has been deemed to be reliable.[2] CS advised a black male, later identified as Hopkins, was selling meth and heroin in a black vehicle at the 7-Eleven store, 177 South Division Street in Spokane, Washington.  CS approached Hopkins and saw an electronic scale on the center console and large quantities of meth and heroin.  Hopkins introduced himself as "D" and provided a cell phone number of 209-751-9118.  On August 6, 2019, CS called Hopkins during a monitored call by SSTF personnel.  Hopkins did not answer.  Hopkins returned CS's call and advised that he had "clear," which, based on my training and experience, is street slang for methamphetamine, and "black," which, based on my training and experience, is street slang for heroin, to sell.  Hopkins' call to the CS was also monitored by SSFT personnel. CS met with Hopkins later in the evening.

---

[1] CS has multiple convictions for felony offenses, including burglary and burglary-related offenses, possession of a controlled substance, and identity theft and fraud. CS has multiple convictions for misdemeanor offenses, including assault and property offenses. Law enforcement records contain multiple aliases for CS. CS also has multiple arrests for other offenses, including offenses related to burglary, forgery, fraud, theft, and assault.

[2] Subsequent to the August 6, 2019 controlled purchase, the CS provided your Affiant Hopkins' location which was confirmed using GPS cell phone ping data obtained by your Affiant using a separate warrant. The CS also conducted a separate controlled buy of controlled substances from Hopkins on July 17, 2021 which was audio recorded and later listened to by your Affiant. The CS was interviewed following the July 17, 2021 controlled purchase and the CS' comments concerning Hopkins were confirmed by the audio recording.

Affidavit of Taylor Clarke - 4

CS conducted a controlled purchase of approximately one ounce of meth for $340, at the direction and under the surveillance of SSTF personnel, from Hopkins. The controlled purchase occurred in the area of Fred Meyer, 400 South Thor Street in Spokane.  SSTF personnel took custody of the suspected meth and interviewed CS subsequent to the transaction.  CS stated Hopkins was alone in the vehicle with CS. Hopkins pulled out a large one-gallon zip-lock bag full of large shards of meth from under Hopkins' seat on the driver's side of his vehicle.  The vehicle was identified by surveillance units as a black Ford truck bearing Washington license plate C9492M.  CS stated he also observed the butt of a pistol under Hopkins' seat. Hopkins placed a few shards on the electronic scale, totaling one ounce, from the large bag and put the meth in a smaller plastic bag and then gave it to CS.  CS provided Hopkins with the pre-recorded U.S. Currency for payment and then exited the vehicle with the drugs. Your affiant reviewed video surveillance footage provided by TFO Matthew Rose of the CS exiting the black Ford truck and walking away. The drugs field tested positive for methamphetamine and weighed approximately 29 grams.

      6.    Based on the foregoing, Affiant submits that there is probable cause to believe Dennis Ray Hopkins Jr., knowingly and unlawfully distributed a mixture or

substance containing a detectable amount of methamphetamine, a violation of 21 U.S.C. § 841(a)(1).

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

_____
Taylor Clarke, Special Agent
Federal Bureau of Investigation

Sworn telephonically and signed electronically
~~SUBCRIBED TO AND SWORN BEFORE ME~~ this 30th day of July, 2021.

_____
John T. Rodgers
United States Magistrate Judge



Affidavit of Taylor Clarke - 6